**Electronically Filed
Supreme Court
SCWC-18-0000940
18-NOV-2020
10:35 AM
Dkt. 8 OGAC**

SCWC-18-0000940

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

AIVEN ANGEI,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000940; CR. NO. 1CPC-18-0000163)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Toʻotoʻo, assigned by reason of vacancy)

Petitioner/Defendant-Appellant, Aiven Angei's

application for writ of certiorari filed on October 6, 2020, is

hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding

scheduling.

DATED:  Honolulu, Hawaiʻi, November 18, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Faʻauuga L. Toʻotoʻo

